UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| TIMOTHY R. SEEK, JR., | ) | Civil Action No. 0:14-cv-63-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Upon consideration of the Stipulation for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, , it is hereby,

ORDERED that Plaintiff, Timothy Seek, Jr., is awarded attorney fees under the EAJA in the amount of Four Thousand Two Hundred dollars and Zero cents ($4,200.00). These attorney fees will be paid directly to Plaintiff, Timothy Seek, Jr., and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Signed this 21st day of April, 2015, in Columbia, South Carolina.

    s/Mary G. Lewis
    MARY G. LEWIS
    UNITED STATES DISTRICT JUDGE