IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| TIMOTHY R. SEEK, JR., | ) | Civil Action No. 0:14-cv-63-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

ORDERED that the Court authorizes a payment to W. Daniel Mayes, Esquire, in the amount of Thirty Thousand Four Hundred and Seventy-Four Dollars and 50/100 ($30,474.50) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services. Further, upon receipt of this sum, Mr. Mayes shall remit Four Thousand Two Hundred dollars and 00/00 cents ($4,200.00) directly to Plaintiff, representing the sum already paid to Mr. Mayes on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Signed this 23rd day of March, 2016, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE